IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JEREMY MICHAEL BOGSS,
    Plaintiff,

Civil Action No. 7:17-cv-00372

v.

MEMORANDUM OPINION

LAURA SUMMERS,
    Defendant(s).

By: Michael F. Urbanski
Chief United States District Judge

Jeremy Michael Boggs, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983, while incarcerated. By its Order entered August 9, 2017, the court advised plaintiff that a failure to update a mailing address after a transfer or release from incarceration will result in dismissal of this action.

The court's mail (Roseboro Notice docket #20 dated January 23, 2018) to plaintiff has been returned as undeliverable, and plaintiff has not contacted the court since October 16, 2017. Plaintiff failed to comply with the court's Order requiring plaintiff to maintain an accurate mailing address. Therefore, the court finds that plaintiff failed to prosecute this action, pursuant to Federal Rule of Civil Procedure 41(b), by not complying with the court's August 9, 2017 Order. Accordingly, I dismiss the action without prejudice and deny all pending motions as moot. See Ballard v. Carlson, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance); Donnelly v. Johns-Manville Sales Corp., 677 F.2d 339, 340-41 (3d Cir. 1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b)).

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to the parties.

ENTER: This 20 day of February, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge